**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SAIDOU KAMBOUCH**                          **CIVIL ACTION NO. 26-1871**

                                             **SECTION P**

**VS.**

                                             **JUDGE JAMES D. CAIN, JR.**

**SCOTT LADWIG, ET AL.**                     **MAG. JUDGE KAYLA D. MCCLUSKY**


## <u>ORDER</u>

Petitioner Saidou Kambouch, a detainee in the custody of the Department of Homeland

Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas

corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **<u>28 days</u>** of the

date of this Order, or service of the Petition on the United States Attorney for the Western

District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **<u>14 days</u>** following the filing of

Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary

hearing.

In Chambers, Monroe, Louisiana, this 5th day of June, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2