**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SAIDOU KAMBOUCH** | **CASE NO. 1:26-CV-01871 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SCOTT LADWIG ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, considering the objections thereto, and determining after a de novo review that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the petition [doc. 1] be **GRANTED** and that Respondents shall (1) immediately release Petitioner from custody in accordance only with the terms and conditions of his prior release on recognizance, without any additional bond requirements or new conditions, and (2) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release. **IT IS FURTHER ORDERED** that Respondents shall, within 24 hours of Petitioner's release, file a status report confirming compliance with this Judgment.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**